IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SIGFRID N. BRADSHAW, | * |
| Plaintiff, | * |
| v. | Case No. 7:19-CV-9 |
| | * |
| SOCIAL SECURITY ADMINISTRATION, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 4, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 4th day of September, 2019.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk